Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE KEYS**

06 GJ 133

NF

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE DER-YEGHIAYAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06 CR 0763 | DATE | MAY 21, 2008 |
| CASE TITLE | US v. NORTON HELTON & CHARLES WHITE | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge __Ashman__

Docket Entry:

BOND PREVIOUSLY SET IN 06 CR 763 TO STAND AS BOND IN THIS INSTANCE AS TO NORTON HELTON. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO CHARLES WHITE.

**FILED**

MAY 21 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                  UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| ___ No notices required, advised in open court. | | | Date docketed | |
| ___ No notices required. | | | Docketing dpty. initials | |
| ___ Notices mailed by judge's staff. | | | | |
| ___ Notified counsel by telephone. | | | Date mailed notice | |
| ___ Docketing to mail notices. | | | | |
| ___ Mail AO 450 form. | | | Mailing dpty. initials | |
| ___ Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | | |