# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 06 CR 763-2 |
| United States of America<br>v.<br>Charles White | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charles White

| | |
|---|---|
| NAME (Type or print)<br>Phillip A. Turner | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Phillip A. Turner | |
| FIRM<br>Law Offices of Phillip A. Turner | |
| STREET ADDRESS<br>100 West Monroe Street, Suite 2204 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3125222 | TELEPHONE NUMBER<br>312-899-0009 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |