## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 763 - 2 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Charles White | | |

**DOCKET ENTRY TEXT**

Arraignment held on the Superseding Indictment. Defendant pleads not guilty to each charge of each count of the Superseding Indictment. Rule 16.1 conference to be held by 06/23/08. Status hearing set for 07/29/08 at 9:00 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 07/29/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The Government and defendant agree on conditions of release. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. Defendant's oral motion for leave to travel to Wisconsin, Dells on 05/31/08 through 06/01/08 for a vacation is granted. Prior to leaving to Wisconsin, Dells, Defendant shall provide his pretrial service officer with a detailed itinerary and any other request information.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | maw |
|---|---|---|