# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                               Case No.: 1:06–cr–00763

                               Honorable Samuel Der–Yeghiayan

Norton Helton, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan as to Defendants Norton Helton and Charles White: Status hearing held and continued to 11/12/08 at 9:00 a.m. Pretrial motions are to be filed by 09/29/08. Responses to the pretrial motions, if any, are to be filed by 10/20/08 and replies, if necessary are to be filed by 10/27/08. In the interest of justice, the Government's oral motion to exclude time through and including 11/12/08 is granted pursuant to 18 U.S.C. 3161(h)(8)(A)(B) without objection. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.