United States District Court, Northern District of Illinois

06 GJ 133

| Name of Assigned Judge or Magistrate Judge | JUDGE DER-YEGHIAYAN | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 06-CR-00763 | DATE | SEPTEMBER 3, 2008 |
| CASE TITLE | US v. NORTON HELTON, CHARLES WHITE & FELICIA FORD | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

### GRAND JURY PROCEEDING

**MAGISTRATE JUDGE KEYS**

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

DOCKET ENTRY:

BOND PREVIOUSLY SET IN 06 CR 763 TO STAND AS BOND IN THIS INSTANCE AS TO NORTON HELTON AND CHARLES WHITE. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO FELICIA FORD.

FILED
SEP 3 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | |
|---|---|---|
| | No notices required, advised in open court. | Number of notices |
| | No notices required. | Date docketed |
| | Notices mailed by judge's staff | Docketing dpty. initials |
| | Notified counsel by telephone | Date mailed notice |
| | Docketing to mail notices | Mailing dpty. initials |
| | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | |